# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JEFFREY GRUVER,

    Plaintiff,

v.                                                              No. 16-cv-0298 JB/SMV

E.O.S. RENTALS, LLC,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff has failed to take any steps to prosecute his claims for more than 20 months, or since May 9, 2016, when he purportedly served Defendant. [Doc. 9]. Accordingly, Plaintiff must show good cause within 30 days why his claims should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **February 15, 2018**, why his claims should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED**.

                                                                                                **STEPHAN M. VIDMAR**
                                                                                                **United States Magistrate Judge**